02-12-250-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00250-CV 

 

 


 
 
 In re Victor George Matson
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of habeas corpus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of habeas corpus is denied.

 

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.

 

DELIVERED: 
June 22, 2012









[1]See
Tex. R. App. P. 47.4, 52.8(d).